# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
Ross Allen Hawkins § Case No. 12-33561-TMB7
Diane Louise Vines §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PETER C. MCKITTRICK_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-33561 | TMB | Judge: | Trish M. Brown | Trustee Name: | PETER C. MCKITTRICK |
|---|---|---|---|---|---|---|
| Case Name: | Ross Allen Hawkins | | | | Date Filed (f) or Converted (c): | 05/08/2012 (f) |
| | Diane Louise Vines | | | | 341(a) Meeting Date: | 06/14/2012 |
| For Period Ending: | 05/26/2014 | | | | Claims Bar Date: | 09/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7101 SE 36th Ave, Portland, OR 97202 (Personal res   See Notice of Intent to Abandon (Dkt #29 and 46) | 375,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash   NOI filed. See docket #44 | 650.00 | 650.00 | | 650.00 | FA |
| 3. Wells Fargo - checking #3370   NOI filed. See docket #44 | 26.00 | 26.00 | | 260.00 | FA |
| 4. Bank of America - checking #8625   NOI filed. See docket #44 | 110.00 | 110.00 | | 110.00 | FA |
| 5. Bank of America - savings #5161 (balance on 3/19/1   NOI filed. See docket #44 | 96.00 | 96.00 | | 96.00 | FA |
| 6. Bank of America - savings #6319 | 6.00 | 0.00 | | 0.00 | FA |
| 7. US Bank - checking #5412 (balance on 4/11/12 - wil   NOI filed. See docket #44 | 165.00 | 165.00 | | 165.00 | FA |
| 8. US Bank - checking #5404 - traceable to Social Sec | 2,313.00 | 0.00 | | 0.00 | FA |
| 9. US Bank - checking #5420   NOI filed. See docket #44 | 38.00 | 38.00 | | 38.00 | FA |
| 10. Bank of America - checking #2516   NOI filed. See docket #44 | 184.00 | 184.00 | | 184.00 | FA |
| 11. Wells Fargo Bank - Money Market #8287 | 56.00 | 0.00 | | 0.00 | FA |
| 12. OnPoint Credit Union - checking #8 | 799.00 | 0.00 | | 0.00 | FA |
| 13. OnPoint Credit Union - savings #1   NOI filed. See docket #44 | 30.00 | 30.00 | | 30.00 | FA |
| 14. Household goods | 3,000.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-33561 | TMB | Judge: | Trish M. Brown | Trustee Name: | PETER C. MCKITTRICK |
|---|---|---|---|---|---|---|
| Case Name: | Ross Allen Hawkins | | | | Date Filed (f) or Converted (c): | 05/08/2012 (f) |
| | Diane Louise Vines | | | | 341(a) Meeting Date: | 06/14/2012 |
| For Period Ending: | 05/26/2014 | | | | Claims Bar Date: | 09/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 15. Books, pictures, art objects, etc. | 400.00 | 0.00 | | 0.00 | FA |
| 16. Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 17. Wedding ring & costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 18. Tennis racquets, jewelry making equipment | 85.00 | 85.00 | | 85.00 | FA |
| NOI filed. See docket #44 | | | | | |
| 19. Term life insurance - no cash value Son is benefic | 0.00 | 0.00 | | 0.00 | FA |
| 20. 529 College Savings plan for son - MFS Investment | 3,854.00 | 0.00 | | 0.00 | FA |
| 21. PERS - California | Unknown | 0.00 | | 0.00 | FA |
| 22. PERS - Oregon | 20,000.00 | 0.00 | | 0.00 | FA |
| 23. TIAA - CREF | 275,034.00 | 0.00 | | 0.00 | FA |
| 24. IRA - Fidelity | 714.00 | 0.00 | | 0.00 | FA |
| 25. 100% Arnica Publishing, Inc. - negative equity (cl | Unknown | 0.00 | | 0.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |
| 26. 30% Interest in Crossings Development, LLC (negati | Unknown | 0.00 | | 0.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |
| 27. 100% ACS, LLC (holds no assets or liabilities, con | Unknown | 0.00 | | 0.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |
| 28. 20% interest in CK Properties - negative equity | Unknown | 20,373.00 | | 20,373.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |
| 29. Mother's irrevocable trust that is invested in lan | Unknown | 0.00 | | 0.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |
| 30. Father's irrevocable trust that is invested in ren | Unknown | 0.00 | | 0.00 | FA |
| sale back to debtor included in NOI doc 44 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-33561 | TMB | Judge: | Trish M. Brown | Trustee Name: | PETER C. MCKITTRICK |
|---|---|---|---|---|---|---|
| Case Name: | Ross Allen Hawkins | | | | Date Filed (f) or Converted (c): | 05/08/2012 (f) |
| | Diane Louise Vines | | | | 341(a) Meeting Date: | 06/14/2012 |
| For Period Ending: | 05/26/2014 | | | | Claims Bar Date: | 09/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. Claim against Arnica Publishing, Inc. - face $245, sale back to debtor included in NOI doc 44 | Unknown | 0.00 | | 0.00 | FA |
| 32. Claim against minor son for unauthorized use of cr | Unknown | 0.00 | | 0.00 | FA |
| 33. 2002 Jaguar X (89,000 miles) sale back to debtor included in NOI doc 44 | 4,225.00 | 1,225.00 | | 1,225.00 | FA |
| 34. Small utility trailer - 4' X 6' sale back to debtor included in NOI doc 44 | 500.00 | 0.00 | | 500.00 | FA |
| 35. 2010 Kia Soul | 12,835.00 | 0.00 | | 0.00 | FA |
| 36. 2000 Ford P/U truck | 1,000.00 | 0.00 | | 0.00 | FA |
| 37. 2 laptop computers, old desktop computer, HP All i | 200.00 | 0.00 | | 0.00 | FA |
| 38. Dog, cat | 0.00 | 0.00 | | 0.00 | FA |
| 39. Time Share - Wyndham Resorts NOI filed. See docket #44 | Unknown | 1,000.00 | | 1,000.00 | FA |
| 40. Net Wages - (5 business days) NOI filed. See docket #44 | 1,136.00 | 284.00 | | 284.00 | FA |
| 41. Void (u) | Unknown | N/A | | 0.00 | FA |
| 42. Claims against the debtor or their son regarding potential (u) See Notice to Sell (Dkt #44) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $703,456.00  $24,266.00  $25,000.00  $0.00

(Total Dollar Amount in Column 6)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 02, 2012 (CM) trustee to administer case for value in one of debtor's LLCs, plus a house transfer to son for less than FMV.  Trustee expecting proposal for all ne assets from debtor
August 05, 2012 (PM) DA expects to get Trustee proposal by 8/13/12.
October 29, 2012 (PM) Debtor has not made proposal. SPoke with DA late September and again mid October and indicated intention to file turnover.
April 28, 2013 (PM) Trustee and Debtor have been exchanging proposals for payment on ne assets. Ball is in DA's court.
October 27, 2103 (PM) Assets have been collected and case is ready for claims audit and TFR.
Jan. 10, 2014 (MF) Need to obj to claim. Then prepare TFR.
3/27/14 (CM); reviewed claims and will prepare necessary objections to claims
4/9/14 (CM); trustee reviewed and signed claim objections and all filed with court

Exhibit A

Initial Projected Date of Final Report (TFR): 03/31/2014        Current Projected Date of Final Report (TFR): 06/30/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-33561 | Trustee Name: | PETER C. MCKITTRICK | |
| Case Name: | Ross Allen Hawkins | Bank Name: | Union Bank | |
| | Diane Louise Vines | Account Number/CD#: | XXXXXX1908 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6327 | Blanket Bond (per case limit): | $78,692,000.00 | |
| For Period Ending: | 05/26/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/13 | | Vanden Bos and Chapman Trust Account | payment from debtor This pays for # of assets. See NOI to Settle and Compromise. | | | $25,000.00 | | $25,000.00 |
| | | | Gross Receipts | $25,000.00 | | | | |
| | 3 | | Wells Fargo - checking #3370 | $260.00 | 1129-000 | | | |
| | 4 | | Bank of America - checking #8625 | $110.00 | 1129-000 | | | |
| | 5 | | Bank of America - savings #5161 (balance on 3/19/1 | $96.00 | 1129-000 | | | |
| | 7 | | US Bank - checking #5412 (balance on 4/11/12 - wil | $165.00 | 1129-000 | | | |
| | 2 | | Cash | $650.00 | 1129-000 | | | |
| | 10 | | Bank of America - checking #2516 | $184.00 | 1129-000 | | | |
| | 13 | | OnPoint Credit Union - savings #1 | $30.00 | 1129-000 | | | |
| | 18 | | Tennis racquets, jewelry making equipment | $85.00 | 1129-000 | | | |
| | 28 | | 20% interest in CK Properties - negative equity | $20,373.00 | 1129-000 | | | |
| | 9 | | US Bank - checking #5420 | $38.00 | 1129-000 | | | |
| | 33 | | 2002 Jaguar X (89,000 miles) | $1,225.00 | 1129-000 | | | |
| | 34 | | Small utility trailer - 4' X 6' | $500.00 | 1129-000 | | | |
| | 39 | | Time Share - Wyndham Resorts | $1,000.00 | 1129-000 | | | |
| | 40 | | Net Wages - (5 business days) | $284.00 | 1129-000 | | | |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.58 | $24,984.42 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*   Page Subtotals:   $25,000.00   $15.58

Page: 2
Case 12-33561-tmb7  Doc 64  Filed 06/16/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-33561 | Trustee Name: | PETER C. MCKITTRICK |
|---|---|---|---|
| Case Name: | Ross Allen Hawkins | Bank Name: | Union Bank |
|  | Diane Louise Vines | Account Number/CD#: | XXXXXX1908 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX6327 | Blanket Bond (per case limit): | $78,692,000.00 |
| For Period Ending: | 05/26/2014 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/14 | 3001 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | 2014/2015 Bond Payment | 2300-000 |  | $39.01 | $24,945.41 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $25,000.00 | $54.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $54.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $54.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                Page Subtotals:                $0.00        $39.01

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1908 - Checking | $25,000.00 | $54.59 | $24,945.41 |
| | $25,000.00 | $54.59 | $24,945.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $25,000.00 |
| **Total Gross Receipts:** | $25,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33561-TMB7
Debtor Name: Ross Allen Hawkins
Claims Bar Date: 9/20/2012

Date: May 28, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | PETER C. MCKITTRICK<br>515 NW Saltzman Rd<br>PORTLAND, OR  97229 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 100 2200 | PETER C. MCKITTRICK<br>515 NW Saltzman Rd<br>PORTLAND, OR  97229 | Administrative | | $0.00 | $16.20 | $16.20 |
| 3P 280 5800 | OREGON EMPLOYMENT DEPARTMENT<br>875 Union Street NE<br>Salem, OR  97311 | Priority | 4/9/14 (CM); reviewed claim and priority amount allowed as filed | $0.00 | $1,427.84 | $1,427.84 |
| 21 280 5800 | IRS<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Priority | zero balance claim allowed | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | ODR BKCY<br>955 Center St NE<br>Salem, OR  97301-2555 | Unsecured | zero balance claim allowed | $0.00 | $0.00 | $0.00 |
| 2 300 7100 | MARK & MARILYN FRANSHAM<br>401 NE 365th Ave<br>Corbett, OR  97019 | Unsecured | 4/9/14 (CM); reviewed claim and creditor back-up shows debt with Arnica Publishing.  Trustee will object to claim based on being a corporate debt vs. personal liability of the debtor and no personal guaranty was provided<br>5/28/14 (CM) See objection to claim and order thereon (Dkt #49) -- claim is disallowed in full | $0.00 | $15,000.00 | $0.00 |
| 3U 300 7100 | OREGON EMPLOYMENT DEPARTMENT<br>875 Union Street NE<br>Salem, OR  97311 | Unsecured | 4/9/14 (CM): reviewed unsecured portion of claim and allowed as timely filed, general unsecured | $0.00 | $432.29 | $432.29 |
| 4 300 7100 | LEON SPEROFF<br>15001 NW Skyline Blvd.<br>Portland, OR  97231 | Unsecured | 4/9/14 (CM); debt appears to be with debtor's corporation and no PG provided; trustee will object to claim<br>5/28/14 (CM): objection to claim notice period has expired and claim disallowed in full pursuant to Order (Dkt #50) | $0.00 | $164,198.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33561-TMB7  
Debtor Name: Ross Allen Hawkins  
Claims Bar Date: 9/20/2012

Date: May 28, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 5<br>300<br>7100 | SKINNER FAMILY PUBLISHING<br>John S. Skinner, Author<br>4092 Penny Dr South<br>Salem, OR  97302 | Unsecured | 4/9/14 (CM); debt appears to be with debtor's corporation and no PG provided; trustee will object to claim<br><br>5/28/14 (CM): objection to claim notice period has expired and claim disallowed in full pursuant to Order (Dkt #51) | $0.00 | $4,000.00 | $0.00 |
| 6<br>300<br>7100 | CLEAN COPY<br>1704 SW Broadway Avenue<br>Portland, OR  97201 | Unsecured | 4/9/14 (CM); debt appears to be with debtor's corporation and no PG provided; trustee will object to claim<br><br>5/28/14 (CM): objection to claim notice period has expired and claim disallowed in full pursuant to Order (Dkt #52) | $0.00 | $366.63 | $0.00 |
| 7<br>300<br>7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $7,071.00 | $1,051.54 | $1,051.54 |
| 8<br>300<br>7100 | DAVE AND TERESA NEWTON<br>7115 SE 36th Avenue<br>Portland, OR  97202 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $74,185.00 | $74,185.00 |
| 9<br>300<br>7100 | Wells Fargo Bank N. A.<br>Wells Fargo Bank N.A.<br>Po Box 10438<br>Mac# X2505-036<br>Des Moines, Ia 50306-0438 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $35,582.00 | $36,947.26 | $36,947.26 |
| 10<br>300<br>7100 | BRENDA GUNDERSON<br>PO Box 820008<br>Portland, OR  97282 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $93,511.44 | $93,511.44 |
| 11<br>300<br>7100 | BRENDA GUNDERSON<br>PO Box 820008<br>Portland, OR  97282 | Unsecured | Claim withdrawn as it duplicates claim 10 | $0.00 | $93,511.44 | $0.00 |
| 12<br>300<br>7100 | CITY OF PORTLAND<br>City Attorneys Office<br>1221 SW 4th Avenue, Rm. 430<br>Portland Oregon, 97204 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $191.90 | $191.90 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33561-TMB7  
Debtor Name: Ross Allen Hawkins  
Claims Bar Date: 9/20/2012

Date: May 28, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 300 7100 | LOIS A WALDRON 4715 SE 32nd Avenue Portland, OR 97202 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $16,000.00 | $16,000.00 |
| 14 300 7100 | JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD, MN 56302-9617 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $284.70 | $284.70 |
| 15 300 7100 | VERIZON WIRELESS PO BOX 3397 Bloomington, IL 61702 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $1,006.00 | $1,624.78 | $1,624.78 |
| 16 300 7100 | KEY BANK NATIONAL ASSOCIATION Craig G Russillo 1211 SW 5th Ave, Suite 1900 Portland, OR 97204 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $207,004.00 | $231,857.51 | $231,857.51 |
| 17 300 7100 | David R Bangsund & Lynne Bangsund, I David R Bangsund & Lynne I Bangsund 800 Nw Westover Square Portland, Or 97210 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $110,000.00 | $110,000.00 |
| 18 300 7100 | DUNCAN ROBERTSON 3520 SE Harold Ct Portland, OR 97202 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $804,643.94 | $804,643.94 |
| 19 300 7100 | DAN RALEY 25101 SE Mirrormont Pl Issaquah, WA 98027 | Unsecured | 4/9/14 (CM): claim reviewed and allowed as timely filed, general unsecured | $0.00 | $15,000.00 | $15,000.00 |
| 20 300 7100 | CHRIS GUILLEN PHOTOGRAPHY 7451 W Madison Forest Park, IL 60130 | Unsecured | 4/9/14 (CM); claim reviewed and appears to be corporate debt with no PG; trustee will object to claim<br><br>5/28/14 (CM): objection to claim notice period has expired and claim disallowed in full pursuant to Order (Dkt #53) | $0.00 | $5,221.90 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33561-TMB7                                                                                            Date: May 28, 2014
Debtor Name: Ross Allen Hawkins
Claims Bar Date: 9/20/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3F | OREGON EMPLOYMENT DEP | Unsecured | | $0.00 | $1,004.25 | $1,004.25 |
| 380 | 875 Union Street, NE | | | | | |
| 7300 | Salem, OR  97309 | | 4/9/14 (CM); fines and penalty portion of claim allowed as subordinated | | | |
| | Case Totals | | | $250,663.00 | $1,673,726.62 | $1,391,428.65 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-33561-TMB7
Case Name: Ross Allen Hawkins
            Diane Louise Vines
Trustee Name: PETER C. MCKITTRICK

Balance on hand                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PETER C. MCKITTRICK | $ | $ | $ |
| Trustee Expenses: PETER C. MCKITTRICK | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____
Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | OREGON EMPLOYMENT DEPARTMENT | $ | $ | $ |
| 21 | IRS | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ODR BKCY | $ | $ | $ |
| 2 | MARK & MARILYN FRANSHAM | $ | $ | $ |
| 3U | OREGON EMPLOYMENT DEPARTMENT | $ | $ | $ |
| 4 | LEON SPEROFF | $ | $ | $ |
| 5 | SKINNER FAMILY PUBLISHING | $ | $ | $ |
| 6 | CLEAN COPY | $ | $ | $ |
| 7 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 8 | DAVE AND TERESA NEWTON | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Wells Fargo Bank N. A. | $ | $ | $ |
| 10 | BRENDA GUNDERSON | $ | $ | $ |
| 11 | BRENDA GUNDERSON | $ | $ | $ |
| 12 | CITY OF PORTLAND | $ | $ | $ |
| 13 | LOIS A WALDRON | $ | $ | $ |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC | $ | $ | $ |
| 15 | VERIZON WIRELESS | $ | $ | $ |
| 16 | KEY BANK NATIONAL ASSOCIATION | $ | $ | $ |
| 17 | David R Bangsund & Lynne Bangsund, I | $ | $ | $ |
| 18 | DUNCAN ROBERTSON | $ | $ | $ |
| 19 | DAN RALEY | $ | $ | $ |
| 20 | CHRIS GUILLEN PHOTOGRAPHY | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3F | OREGON EMPLOYMENT DEP | $ | $ | $ |

Total to be paid to subordinated unsecured creditors   $_____

Remaining Balance   $_____